

# NUMBER 13-11-00560-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SAVANNAH ROBINSON,                                                          Appellant,

v.

DOCTOR'S HOSPITAL AT RENAISSANCE, LTD.,                     Appellee.

### On appeal from the County Court at Law No. 4 of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Savannah Robinson, appealed a judgment entered by the County Court at Law No. 4 of Hidalgo County, Texas. On October 14, 2011, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). On November 8, 2011, appellant sent a letter to the Court asking about the

status of this case.   On November 16, 2011, the Clerk of this Court notified appellant that the filing fee had not been paid and that the appeal was subject to dismissal.   Appellant has not responded to the notices from the Clerk or paid the $175.00 filing fee.   *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.


PER CURIAM

Delivered and filed the 15th
day of December, 2011.